# EXHIBIT D



# GHS SAFETY DATA SHEET

**WELD-ON® 717™ Low VOC Cements for PVC Plastic Pipe**

Date Revised: **APR 2015**
Supersedes: **NOV 2014**

## SECTION 1 - PRODUCT AND COMPANY IDENTIFICATION

**PRODUCT NAME:** WELD-ON® 717™ Low VOC Cements for PVC Plastic Pipe
**PRODUCT USE:** Low VOC Solvent Cement for PVC Plastic Pipe
**SUPPLIER:**
**MANUFACTURER:** IPS Corporation
17109 South Main Street, Gardena, CA 90248-3127
P.O. Box 379, Gardena, CA 90247-0379
Tel. 1-310-898-3300

**EMERGENCY:** Transportation: CHEMTEL Tel. 800.255-3924, +1 813-248-0585 (International)
**Medical:** CHEMTEL Tel. 800.255-3924, +1 813-248-0585 (International)

## SECTION 2 - HAZARDS IDENTIFICATION

**GHS CLASSIFICATION:**

| Health | | Environmental | | Physical | |
|---|---|---|---|---|---|
| Acute Toxicity: | Category 4 | Acute Toxicity: | None Known | Flammable Liquid | Category 2 |
| Skin Irritation: | Category 3 | Chronic Toxicity: | None Known | | |
| Skin Sensitization: | NO | | | | |
| Eye: | Category 2 | | | | |

**GHS LABEL:**   **Signal Word:** Danger  **WHMIS CLASSIFICATION:** CLASS B, DIVISION 2; CLASS D, DIVISION 1B

| Hazard Statements | Precautionary Statements |
|---|---|
| H225: Highly flammable liquid and vapor | P210: Keep away from heat/sparks/open flames/hot surfaces – No smoking |
| H319: Causes serious eye irritation | P261: Avoid breathing dust/fume/gas/mist/vapors/spray |
| H332: Harmful if inhaled | P280: Wear protective gloves/protective clothing/eye protection/face protection |
| H335: May cause respiratory irritation | P304+P340: IF INHALED: Remove victim to fresh air and keep at rest in a position comfortable for breathing |
| H336: May cause drowsiness or dizziness | P403+P233: Store in a well ventilated place. Keep container tightly closed |
| H351: Suspected of causing cancer | P501: Dispose of contents/container in accordance with local regulation |
| EUH019: May form explosive peroxides | |

## SECTION 3 - COMPOSITION/INFORMATION ON INGREDIENTS

| | CAS# | EINECS # | REACH Pre-registration Number | CONCENTRATION % by Weight |
|---|---|---|---|---|
| Tetrahydrofuran (THF) | 109-99-9 | 203-726-8 | 05-2116297729-22-0000 | 25 - 70 |
| Methyl Ethyl Ketone (MEK) | 78-93-3 | 201-159-0 | 05-2116297728-24-0000 | 5 - 36 |
| Cyclohexanone | 108-94-1 | 203-631-1 | 05-2116297718-25-0000 | 10 - 25 |

All of the constituents of this adhesive product are listed on the TSCA inventory of chemical substances maintained by the US EPA, or are exempt from that listing.
* Indicates this chemical is subject to the reporting requirements of Section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (40CFR372).
# indicates that this chemical is found on Proposition 65's List of chemicals known to the State of California to cause cancer or reproductive toxicity.

## SECTION 4 - FIRST AID MEASURES

**Contact with eyes:** Flush eyes immediately with plenty of water for 15 minutes and seek medical advice immediately.
**Skin contact:** Remove contaminated clothing and shoes. Wash skin thoroughly with soap and water. If irritation develops, seek medical advice.
**Inhalation:** Remove to fresh air. If breathing is stopped, give artificial respiration. If breathing is difficult, give oxygen. Seek medical advice.
**Ingestion:** Rinse mouth with water. Give 1 or 2 glasses of water or milk to dilute. Do not induce vomiting. Seek medical advice immediately.
**Likely Routes of Exposure:** Inhalation, Eye and Skin Contact
**Acute symptoms and effects:**
**Inhalation:** Severe overexposure may result in nausea, dizziness, headache. Can cause drowsiness, irritation of eyes and nasal passages.
**Eye Contact:** Vapors slightly uncomfortable. Overexposure may result in severe eye injury with corneal or conjunctival inflammation on contact with the liquid.
**Skin Contact:** Liquid contact may remove natural skin oils resulting in skin irritation. Dermatitis may occur with prolonged contact.
**Ingestion:** May cause nausea, vomiting, diarrhea and mental sluggishness.
**Chronic (long-term) effects:** Category 2 Carcinogen

## SECTION 5 - FIREFIGHTING MEASURES

| | | | HMIS | NFPA | |
|---|---|---|---|---|---|
| **Suitable Extinguishing Media:** | Dry chemical powder, carbon dioxide gas, foam, Halon, water fog. | | | | 0-Minimal |
| **Unsuitable Extinguishing Media:** | Water spray or stream. | Health | 2 | 2 | 1-Slight |
| **Exposure Hazards:** | Inhalation and dermal contact | Flammability | 3 | 3 | 2-Moderate |
| **Combustion Products:** | Oxides of carbon, hydrogen chloride and smoke | Reactivity | 0 | 0 | 3-Serious |
| | | PPE | B | | 4-Severe |
| **Protection for Firefighters:** | Self-contained breathing apparatus or full-face positive pressure airline masks. | | | | |

## SECTION 6 - ACCIDENTAL RELEASE MEASURES

**Personal precautions:** Keep away from heat, sparks and open flame.
Provide sufficient ventilation, use explosion-proof exhaust ventilation equipment or wear suitable respiratory protective equipment. Prevent contact with skin or eyes (see section 8).
**Environmental Precautions:** Prevent product or liquids contaminated with product from entering sewers, drains, soil or open water course.
**Methods for Cleaning up:** Clean up with sand or other inert absorbent material. Transfer to a closable steel vessel.
**Materials not to be used for clean up:** Aluminum or plastic containers

## SECTION 7 - HANDLING AND STORAGE

**Handling:** Avoid breathing of vapor, avoid contact with eyes, skin and clothing.
Keep away from ignition sources, use only electrically grounded handling equipment and ensure adequate ventilation/fume exhaust hoods.
Do not eat, drink or smoke while handling.
**Storage:** Store in ventilated room or shade below 44°C (110°F) and away from direct sunlight.
Keep away from ignition sources and incompatible materials: caustics, ammonia, inorganic acids, chlorinated compounds, strong oxidizers and isocyanates.
Follow all precautionary information on container label, product bulletins and solvent cementing literature.

## SECTION 8 - PRECAUTIONS TO CONTROL EXPOSURE / PERSONAL PROTECTION

| EXPOSURE LIMITS: | Component | ACGIH TLV | ACGIH STEL | OSHA PEL | OSHA STEL | OSHA PEL-Ceiling | CAL/OSHA PEL | CAL/OSHA Ceiling | CAL/OSHA STEL |
|---|---|---|---|---|---|---|---|---|---|
| | Tetrahydrofuran (THF) | 50 ppm | 100 ppm | 200 ppm | N/E | N/E | 200 ppm | N/E | 250 ppm |
| | Methyl Ethyl Ketone (MEK) | 200 ppm | 300 ppm | 200 ppm | N/E | N/E | 200 ppm | N/E | 300 ppm |
| | Cyclohexanone | 20 ppm | 50 ppm | 50 ppm | N/E | N/E | 25 ppm | N/E | N/E |

**Engineering Controls:** Use local exhaust as needed.
**Monitoring:** Maintain breathing zone airborne concentrations below exposure limits.
**Personal Protective Equipment (PPE):**
**Eye Protection:** Avoid contact with eyes, wear splash-proof chemical goggles, face shield, safety glasses (spectacles) with brow guards and side shields, etc. as may be appropriate for the exposure.
**Skin Protection:** Prevent contact with the skin as much as possible. Butyl rubber gloves should be used for frequent immersion.
Use of solvent-resistant gloves or solvent-resistant barrier cream should provide adequate protection when normal adhesive application practices and procedures are used for making structural bonds.
**Respiratory Protection:** Prevent inhalation of the solvents. Use in a well-ventilated room. Open doors and/or windows to ensure airflow and air changes. Use local exhaust ventilation to remove airborne contaminants from employee breathing zone and to keep contaminants below levels listed above. With normal use, the Exposure Limit Value will not usually be reached. When limits approached, use respiratory protection equipment.



# GHS SAFETY DATA SHEET

**WELD-ON® 717™ Low VOC Cements for PVC Plastic Pipe**

Date Revised: **APR 2015**
Supersedes: **NOV 2014**

## SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

| | | | |
|---|---|---|---|
| Appearance: | Gray or clear, heavy syrupy liquid | | |
| Odor: | Ketone | Odor Threshold: | 0.88 ppm (Cyclohexanone) |
| pH: | Not Applicable | | |
| Melting/Freezing Point: | -108.5°C (-163.3°F) Based on first melting component: THF | Boiling Range: | 66°C (151°F) to 156°C (313°F) |
| Boiling Point: | 66°C (151°F) Based on first boiling component: THF | Evaporation Rate: | > 1.0 (BUAC = 1) |
| Flash Point: | -20°C (-4°F) TCC based on THF | Flammability: | Category 2 |
| Specific Gravity: | 0.963 @23°C ( 73°F) | Flammability Limits: | **LEL:** 1.1% based on Cyclohexanone |
| Solubility: | Solvent portion soluble in water. Resin portion separates out. | | **UEL:** 11.8% based on THF |
| Partition Coefficient n-octanol/water: | Not Available | Vapor Pressure: | 129 mm Hg @ 20°C (68°F)based on THF |
| Auto-ignition Temperature: | 321°C (610°F) based on THF | Vapor Density: | >2 (Air = 1) |
| Decomposition Temperature: | Not Applicable | Other Data: Viscosity: | Heavy bodied |
| VOC Content: | When applied as directed, per SCAQMD Rule 1168, Test Method 316A,VOC content is: $\leq$ 510 g/l. | | |

## SECTION 10 - STABILITY AND REACTIVITY

| | |
|---|---|
| Stability: | Stable |
| Hazardous decomposition products: | None in normal use. When forced to burn, this product gives off oxides of carbon, hydrogen chloride and smoke. |
| Conditions to avoid: | Keep away from heat, sparks, open flame and other ignition sources. |
| Incompatible Materials: | Oxidizers, strong acids and bases, amines, ammonia |

## SECTION 11 - TOXICOLOGICAL INFORMATION

| *Toxicity:* | $LD_{50}$ | $LC_{50}$ | Target Organs |
|---|---|---|---|
| Tetrahydrofuran (THF) | Oral: 2842 mg/kg (rat) | Inhalation 3 hrs. 21,000 mg/m$^3$ (rat) | STOT SE3 |
| Methyl Ethyl Ketone (MEK) | Oral: 2737 mg/kg (rat), Dermal: 6480 mg/kg (rabbit) | Inhalation 8 hrs. 23,500 mg/m$^3$ (rat) | STOT SE3 |
| Cyclohexanone | Oral: 1535 mg/kg (rat), Dermal: 948 mg/kg (rabbit) | Inhalation 4 hrs. 8,000 PPM (rat) | |

| Reproductive Effects | Teratogenicity | Mutagenicity | Embryotoxicity | Sensitization to Product | Synergistic Products |
|---|---|---|---|---|---|
| Not Established | Not Established | Not Established | Not Established | Not Established | Not Established |

## SECTION 12 - ECOLOGICAL INFORMATION

| | |
|---|---|
| Ecotoxicity: | None Known |
| Mobility: | In normal use, emission of volatile organic compounds (VOC's) to the air takes place, typically at a rate of $\leq$ 510 g/l. |
| Degradability: | Not readily biodegradable |
| Bioaccumulation: | Minimal to none. |

## SECTION 13 - WASTE DISPOSAL CONSIDERATIONS

Follow local and national regulations. Consult disposal expert.

## SECTION 14 - TRANSPORT INFORMATION

| | |
|---|---|
| Proper Shipping Name: | Adhesives |
| Hazard Class: | 3 |
| Secondary Risk: | None |
| Identification Number: | UN 1133 |
| Packing Group: | PG II |
| Label Required: | Class 3 Flammable Liquid |
| Marine Pollutant: | NO |

**EXCEPTION for Ground Shipping**
**DOT Limited Quantity:** Up to 5L per inner packaging, 30 kg gross weight per package.
**Consumer Commodity:** Depending on packaging, these quantities may qualify under DOT as "ORM-D".

**TDG INFORMATION**
| | |
|---|---|
| TDG CLASS: | FLAMMABLE LIQUID 3 |
| SHIPPING NAME: | ADHESIVES |
| UN NUMBER/PACKING GROUP: | UN 1133, PG II |

## SECTION 15 - REGULATORY INFORMATION

| | | | |
|---|---|---|---|
| Precautionary Label Information: | Highly Flammable, Irritant, Carc. Cat. 2 | Ingredient Listings: | USA TSCA, Europe EINECS, Canada DSL, Australia |
| Symbols: | F, Xi | | AICS, Korea ECL/TCCL, Japan MITI (ENCS) |

**Risk Phrases:**
- R11: Highly flammable.
- R20: Harmful by inhalation.
- R36/37: Irritating to eyes and respiratory system.
- R66: Repeated exposure may cause skin dryness or cracking
- R67: Vapors may cause drowsiness and dizziness

**Safety Phrases:**
- S9: Keep container in a well-ventilated place.
- S16: Keep away from sources of ignition - No smoking.
- S25: Avoid contact with eyes.
- S26: In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.
- S33: Take precautionary measures against static discharges.
- S46: If swallowed, seek medical advise immediately and show this container or label.

## SECTION 16 - OTHER INFORMATION

| | |
|---|---|
| Specification Information: | |
| Department issuing data sheet: | IPS, Safety Health & Environmental Affairs |
| E-mail address: | <EHSinfo@ipscorp.com> |
| Training necessary: | Yes, training in practices and procedures contained in product literature. |
| Reissue date / reason for reissue: | 4/20/2015 / Updated GHS Standard Format |
| Intended Use of Product: | Solvent Cement for PVC Plastic Pipe |

All ingredients are compliant with the requirements of the European Directive on RoHS (Restriction of Hazardous Substances).

This product is intended for use by skilled individuals at their own risk. The information contained herein is based on data considered accurate based on current state of knowledge and experience. However, no warranty is expressed or implied regarding the accuracy of this data or the results to be obtained from the use thereof.